# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

EDWARD WARNELL
RICHARDSON, JR.,

    *Plaintiff*,

v.                                 **Case No.: 3:25cv2178-MW/ZCB**

TIFFANY GARY, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 22. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 22, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Eighth Amendment claims against Defendant Gary and the unknown nurse Defendant are **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a plausible claim for relief." The Clerk shall close the file.

**SO ORDERED on August 13, 2026.**

                    **s/Mark E. Walker**
                    **United States District Judge**